IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | Civ. No. 12-00422 ACK-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JONATHAN JAMES, J.P. MORGAN ) | |
| CHASE & CO., INC.  also known ) | |
| as J.P. Morgan Chase Bank, ) | |
| NA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on February 20, 2013 and February 21, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Motion for Default and Default Judgment Against Defendant J.P. Morgan Chase & Co., a.k.a. J.P. Morgan Chase Bank, NA" (Doc. No. 35) are hereby adopted as the opinion and order of this Court.

Dated:  Honolulu, Hawai'i, March 12, 2013.



_____
Alan C. Kay
Sr. United States District Judge

Allstate Insurance Co. v. Jonathan James, et al., Civ. No. 12-00422 ACK-KSC: Order Adopting Magistrate Judge's Findings and Recommendation.